NOT FOR PUBLICATION                                              (Doc. Nos. 37, 38, 40)

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW JERSEY
CAMDEN VICINAGE

| | |
|---|---|
| KAREN E. TUCKER, | : |
| Plaintiff, | : Civil No. 07-2230 (RBK) |
| v. | : **ORDER** |
| KATHLEEN SEBELIUS,[1] Secretary of the Department of Health and Human Services, | : |
| Defendant. | : |

**THIS MATTER** having come before the Court pursuant to Plaintiff's motion for reconsideration of the Court's July 12, 2010 Opinion and Order dismissing her Complaint; and the Court having considered the parties' submissions:

**IT IS HEREBY ORDERED** that Plaintiff's motion for reconsideration is DENIED.

Dated: 7/25/2011                                              /s/ Robert B. Kugler
                                                              ROBERT B. KUGLER
                                                              United States District Judge

---

[1] Pursuant to Federal Rule of Civil Procedure 25(d), Secretary Kathleen Sebelius has been substituted for former Secretary Michael O. Leavitt.